**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JASON JORJANI,<br><br>    Plaintiff,<br><br>v.<br><br>NEW JERSEY INSTITUTE OF TECHNOLOGY, JOEL S. BLOOM, KEVIN J. BELFIELD, FADI P. DEEK, HOLLY STERN, and CHRISTINE LI,<br><br>    Defendants. | Civil Action No.: 2:18-cv-11693 (WJM-MF)<br>Civil Action No.: 2:20-cv-1422 (WJM-MF)<br>(consolidated)<br><br>**ORDER CONSOLIDATING CASES FOR ALL PURPOSES** |

  **WHEREAS** Plaintiff Jason Jorjani ("Plaintiff") filed Civil Action No. 2:18-cv-11693 in this Judicial District against Defendants New Jersey Institute of Technology ("NJIT"), Joel S. Bloom, Kevin J. Belfield, Gareth J. Russell, Andrew Klobucar, and Neil J. Maher on July 17, 2018; and

  **WHEREAS** Plaintiff filed the related Civil Action No. 2:20-cv-1422 in this Judicial District against Fadi P. Deek, Eric Katz, Denise Anderson, Basil Baltzis, Matthew Golden, Holly Stern, Christine Li, Stephen A. DePalma, Vincent L. DeCaprio, Lawrence A. Raiai, Dennis M. Bone, Peter A. Cistaro, Diane Montalto, Joseph M. Taylor, and Dennis M. Toft on February 11, 2020; and

  **WHEREAS** the Court dismissed Russell, Klobucar, and Maher from Civil Action No. 2:18-cv-11693 on March 12, 2019 (D.E. 14 in Civil Action No. 2:18-cv-11693) and dismissed Katz, Anderson, Baltzis, Golden, DePalma, DeCaprio, Raiai, Bone, Cistaro, Montalto, Taylor, and Toft from Civil Action No. 2:20-cv-1422 on September 10, 2020 (D.E. 34 in Civil Action No.

2:20-cv-1422); and

**WHEREAS** the remaining claims and defenses are plainly appropriate for consolidation pursuant to Federal Rule of Civil Procedure 42, and that consolidation would not prejudice any party; and

**WHEREAS** the Honorable William J. Martini, U.S.D.J. stated in his Opinion dated September 10, 2020 that the two matters shall be consolidated (D.E. 33, Civil Action No. 2:20-cv-1422); and

for good cause shown;

**IT IS** on this 9th day of December, 2020, hereby:

**ORDERED** that Civil Action Nos. 2:18-cv-11693 and 2:20-cv-1422 (the "Consolidated Actions") are consolidated for all purposes, including discovery, case management, and trial, subject to further order of the Court;

**IT IS FURTHER ORDERED** that all filings in the Consolidated Actions shall use the above caption on this Order;

**IT IS FURTHER ORDERED** that all filings going forward shall be filed in Civil Action No. 2:18-cv-11693 and that Civil Action No. 2:20-cv-1422 shall be administratively terminated by the Clerk's office.

**SO ORDERED.**

s/Mark Falk
Hon. Mark Falk, U.S.M.J.